METHFESSEL & WERBEL, ESQS.
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 947-1999
Attorneys for BMS Catastrophe, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN AYALA,<br><br>            Plaintiff,<br><br>-AGAINST-<br><br>BFP ONE LIBERTY PLAZA CO., LP,<br>BFP ONE LIBERTY PLAZA CO., LLC,<br>BLACKMON-MOORING-STEAMATIC<br>CATASTOPHE, INC., D/B/A BMS CAT,<br>et.al.<br><br>            Defendants. | 21 MC 102 (AKH)<br><br>INDEX NO.: 07 CV 1466<br><br>**NOTICE OF ADOPTION OF ANSWER<br>TO MASTER COMPLAINT** |

PLEASE TAKE NOTICE THAT Defendant, BMS Catastrophe, Inc. s/h/a Blackmon-Mooring-Steamatic Catastophe, Inc. d/b/a BMS Catastrophe, by their attorneys, Methfessel & Werbel, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts their Answer and defenses to the Master Complaint, dated July 26, 2007, which was filed in the matter of: *In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH)*.

To the extent that Defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, Defendant, Defendant, BMS

Catastrophe, Inc., denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, the defendant, Defendant, BMS Catastrophe, Inc., demands judgment dismissing the above captioned action as against them, together with costs, disbursements and such other and further relief as this Court deems just and proper.

DATED:  New York, New York
        September 10, 2007

**METHFESSEL & WERBEL, ESQS.**
Attorneys for BMS Catastrophe

By:_____
Frank J. Keenan (FK 8922)
450 Seventh Avenue
Suite 1400
New York, New York 10123
(212) 947-1999