Gillian Hines Kost (GK-2880)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York  10038
(212) 972-1000

Attorneys for Defendants: The Rector, Church-Wardens,
and Vestrymen of Trinity Church, in the city of New-York,
("Trinity Church") i/s/h/a "Rector of Trinity Church"


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE: WORLD TRADE CENTER LOWER                    :        21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                 :
_____             :
                                                   :        **TRINITY CHURCH'S**
IVAN AYALA                                         :        **ADOPTION OF ANSWER**
                                                   :        **TO MASTER COMPLAINT**
        v.                                         :
                                                   :        07 CV 1466
RECTOR OF TRINITY CHURCH                            :
-------------------------------------------------------------------x :

     PLEASE TAKE NOTE THAT Defendants, The Rector, Church-Wardens, and

Vestrymen of Trinity Church, in the city of New-York ("Trinity Church") i/s/h/a Rector of

Trinity Church, by their attorneys, London Fischer, LLP, as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-off Complaint) Related to the

Master Complaint filed in the above-referenced action , hereby adopt Trinity Church's Answer

to Master Complaint, dated August 3, 2007, which was filed in the matter of In re World Trade

Center lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

     WHEREFORE, TRINITY CHURCH demand judgment dismissing the above-captioned

action as against each of them, together with their costs and disbursements.

Dated: New York, New York
       September 17, 2007

LONDON FISCHER LLP

By: _____

Gillian Hines Kost (GK-2880)
59 Maiden Lane
New York, New York  10038
(212) 972-1000
Attorneys for Defendants:
The Rector, Church-Wardens,
and Vestrymen of Trinity Church, in the city of
New-York, ("Trinity Church") i/s/h/a "Rector of
Trinity Church"

TO:
Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, New York  10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC  20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY  11706

***Liaison Counsel for Plaintiffs***
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

**_Liaison Counsel for the Defendants_**
_Joseph Hopkins, Esq._
_Patton Boggs LLP_
_1 Riverfront Plaza, 6th fl._
_Newark, New Jersey  07102_

_Thomas Egan, Esq._
_Flemming Zulack Williamson Zauderer LLP_
_One Liberty Plaza_
_New York, New York  10006_

K:\VGFutterman\WTC-Related\Pleadings\NoticeofAdoption- aya

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true copy of Trinity Church's Notice of Adoption of Answer to Master Complaint was served via First Class Mail on the day of September 17, 2007, upon the following:

Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, NY  10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC  20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY  11706

***Liaison Counsel for Plaintiffs***
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

***Liaison Counsel for Defendants***
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th fl.
Newark, New Jersey  07102

4

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York  10006

The undersigned further certifies that on September 17, 2007, I caused Trinity Church's Notice of Adoption of Answer to Master Complaint to be electronically served via the Court's ECF System.

Dated:  September 17, 2007

_____
Gillian Hines Kost