UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
IVAN AYALA

                                  Plaintiff,          Index No.: 07 CV 1466

        -against-                                    **NOTICE OF APPEARANCE**

RECTOR OF TRINITY CHURCH, et al.
                                                       **ELECTRONICALLY FILED**
                                  Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
              December 10, 2007


                                               LONDON FISCHER, LLP

                      By:     _____
                                         Gillian Hines Kost (GK-2880)
                                         59 Maiden Lane
                                         New York, New York 10038
                                         Phone: (212) 972-1000
                                         Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Ayala\Pleadings\Notice of Appearance